

# HPM&B
### ATTORNEYS AT LAW

99 PARK AVENUE  NEW YORK, NY 10016-1601
TEL: 212-286-8585  FAX: 212-490-8966
WWW.HPMB.COM

**Charles L. Bach**
**Partner**
Cbach@hpmb.com

April 1, 2009

**ELECTRONICALLY FILED**

Honorable Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1210S
Brooklyn, New York 11201

Re:   Ilya Dall v. Roberto Alomar
      Index No. 09-CV-00514 (DGT)(JMA)
      Our File No. 623-1001

Dear Magistrate Judge Azrack:

Our law firm represents Roberto Alomar in this case.

An initial conference is currently scheduled for April 15, 2009 at 11:30 AM. Due to irresolvable scheduling conflicts, the parties have consented to adjourn this conference, with Your Honor's permission.

We respectfully request an adjournment of the initial conference to May 8, 2009 at 12:30 PM. As required by Your Honor, we previously contacted Chambers and were advised that this is a suitable alternative date and time.

---

HEIDELL, PITTONI, MURPHY & BACH, LLP

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 OAK STREET | 1050 FRANKLIN AVENUE | 81 MAIN STREET |
| STAMFORD, CT  06905 | GARDEN CITY, NY  11530 | WHITE PLAINS, NY 10601 |
| TEL: 203-327-1800 | TEL: 516-408-1600 | TEL: 914-559-3100 |
| FAX: 203-353-1892 | FAX: 516-408-1601 | FAX: 914-949-1160 |

Honorable Magistrate Judge Joan M. Azrack
Re: Dall v. Alomar
April 1, 2009
Page -2-



Thank you for your courtesy and consideration of this request.

                      Respectfully submitted,

                      Charles L. Bach (CL3098)

JWY/is

**VIA FACSIMILE – (212) 266-4141**
**AND FIRST CLASS MAIL**

Robert G. Sullivan
Sullivan Papain Block McGrath & Cannavo P.C.
55 Mineola Boulevard
Mineola, NY 11501