UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------X

ILYA DALL

                Plaintiff(s),   Index No. 09CIV00514

    -against-             NOTICE OF VOLUNTARY
                              DISMISSAL PURSUANT TO
ROBERTO ALOMAR            F.R.C.P. 41(a)(1)(A)(i)

                Defendant(s)

----------------------------------------X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff ILYA DALL, represented by the firm of SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants.

DATED:    Mineola, New York
           May 05, 2009

                                Yours, etc.,

                                SULLIVAN PAPAIN BLOCK
                                McGRATH & CANNAVO P.C.

                                By: _____
                                Robert G. Sullivan (RGS 1066)
                                Attorneys for Plaintiff(s)
                                55 Mineola Boulevard
                                Mineola, New York 11501
                                516) 742-0707

Dockets.Justia.com