UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ILYA DALL

                              Plaintiff(s),   Index No. 09CIV00514

       -against-                   NOTICE OF VOLUNTARY
                                         DISMISSAL PURSUANT TO
ROBERTO ALOMAR                      F.R.C.P. 41(a)(1)(A)(i)

                              Defendant(s)
----------------------------------------X

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff ILYA DALL, represented by the firm of SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., hereby give notice that the above captioned action is voluntarily dismissed, with prejudice.

DATED:   Mineola, New York
        May 08, 2009

                                              Yours, etc.,

                                              SULLIVAN PAPAIN BLOCK
                                              McGRATH & CANNAVO P.C.

                                    By: _____
                                        Robert G. Sullivan (RGS 1066)
                                        Attorneys for Plaintiff(s)
                                        55 Mineola Boulevard
                                        Mineola, New York 11501
                                        516) 742-0707