UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ILYA DALL

                       Plaintiff(s),   Index No. 09CIV00514

        -against-              NOTICE OF VOLUNTARY
                                               DISMISSAL PURSUANT TO
ROBERTO ALOMAR                      F.R.C.P. 41(a)(1)(A)(i)

                       Defendant(s)
----------------------------------------X

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff ILYA DALL, represented by the firm of SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C., hereby give notice that the above captioned action is voluntarily dismissed, with prejudice.

DATED:    Mineola, New York
           May 08, 2009

                                                Yours, etc.,

                                                SULLIVAN PAPAIN BLOCK
                                                McGRATH & CANNAVO P.C.

                                    By: _____
                                         Robert G. Sullivan (RGS 1066)
                                         Attorneys for Plaintiff(s)
                                         55 Mineola Boulevard
                                         Mineola, New York 11501
                                         516) 742-0707

**APPLICATION GRANTED.**
**SO ORDERED.**

  s/ DGT            5/11/09

David G. Trager
United States District Judge
The Clerk of the Court is directed to close the case.