# SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 571-3903
SPBMC-NY@TrialLaw1.com
www.TrialLaw1.com

| LONG ISLAND OFFICE | | NEW JERSEY OFFICE |
|---|---|---|
| 55 MINEOLA BOULEVARD • MINEOLA • NEW YORK 11501 | | 126 STATE STREET • HACKENSACK • NEW JERSEY 07601 |
| TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350 | | TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461 |
| SPBMC-LI@TrialLaw1.com | | SPBMC-NJ@TrialLaw1.com |

PLEASE REPLY TO:

Long Island Office

Author's E-Mail Address:
RSullivan@TrialLaw1.com
Direct Telephone Line:

Private Fax Line:

April 30, 2009

Magistrate Judge Joan M. Azrack,
USDC EDNY
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:  Ilya Dall v. Roberto Alomar
        09-CV-00514 (DGT) (JMA)

Dear Judge Azrack:

The plaintiff in the above entitled matter hereby withdraws the Complaint under 09-CV-00514, with prejudice.

Please advise if anything else is necessary to effectuate same.

Thank you for your courtesy and cooperation.

        Very truly yours,

        SULLIVAN PAPAIN BLOCK
        McGRATH & CANNAVO P.C.

    By: _____
        Robert G. Sullivan

RGS:at
(073311)